# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2016 WY 123

*October Term, A.D. 2016*

**December 21, 2016**

JENNIFER MARIE REED,

**Appellant**
**(Defendant),**

**v.**                                                            **S-16-0183**

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]   **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to one count of conspiracy to deliver a controlled substance. Wyo. Stat. Ann. § 35-7-1031(a)(i) and § 35-7-1042. The district court imposed a sentence of 3 to 6 years. Appellant filed this appeal to challenge the district court's July 1, 2016, "Judgment and Sentence."

[¶2]   On October 26, 2016, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief." This Court ordered that Appellant "may file with this Court a *pro se* brief specifying the issues she would like this Court to consider in this appeal." This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal." This Court notes that Appellant filed a letter with this Court. She has not filed a *pro se* brief or any other pleading in the time allotted.

[¶3]   Now, following a careful review of the record, Appellant's letter, and the "*Anders* brief*"* submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's July 1, 2016, "Judgment and Sentence" should be affirmed.  It is, therefore,

[¶4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Jennifer Marie Reed, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]   **ORDERED** that the district court's July 1, 2016, "Judgment and Sentence" be, and the same hereby is, affirmed.

[¶6]   **DATED** this 21st day of December, 2016.

**BY THE COURT:**

/s/

**E. JAMES BURKE**
**Chief Justice**
